RECEIVED

JAN 2 4 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

FARD A. R. DICKERSON,          CIVIL ACTION NO. 1:17-CV-1282-P
Plaintiff

VERSUS                         JUDGE JAMES T. TRIMBLE, JR.

JOHN BEL EDWARDS, ET AL.,      MAGISTRATE JUDGE PEREZ-MONTES
Defendant

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 15), and after a de novo review of the record, including the objections filed by Plaintiff (Doc. 16), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DENIED AND DISMISSED with prejudice as pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 24th day of January, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE